UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **WITUK, MARK W.** | ) | Bankruptcy Case No. 13-09134 JSB |
| **WITUK, CATHLEEN L.** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 22, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JAY L. DAHL
LAW OFFICES OF JAY L. DAHL LTD
P. O. BOX 187
Geneva, IL 60134

**VIA REGULAR MAIL**

WITUK, MARK W.
WITUK, CATHLEEN L.
233 S. PRAIRIE STREET
BATAVIA, IL 60510

Portfolio Recovery Associates, LLC
U.S. BANK NATIONAL ASSOCIATION ND
(ELAN FINANCIAL SERVICES),
POB 41067
Norfolk, VA 23541

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000