**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  WITUK, MARK W.                               § Case No. 13-09134
       WITUK, CATHLEEN L.                       §
                                                                    §
Debtor(s)                                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $177,260.00 *(without deducting any secured claims)* | Assets Exempt: $85,200.00 |
| Total Distribution to Claimants: $4,919.02 | Claims Discharged Without Payment: $27,851.92 |
| Total Expenses of Administration: $4,503.40 | |

    3)  Total gross receipts of $ 9,422.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,422.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,503.40 | 4,503.40 | 4,503.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 32,770.94 | 32,770.94 | 4,919.02 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,274.34 | $37,274.34 | $9,422.42 |

4) This case was originally filed under Chapter 7 on March 08, 2013. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2018          By: /s/THOMAS E. SPRINGER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus from Foreclosure | 1210-000 | 9,422.42 |
| **TOTAL GROSS RECEIPTS** | | **$9,422.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,692.24 | 1,692.24 | 1,692.24 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,738.50 | 2,738.50 | 2,738.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 6.85 | 6.85 | 6.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.89 | 14.89 | 14.89 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.06 | 13.06 | 13.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.39 | 14.39 | 14.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.47 | 13.47 | 13.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,503.40 | $4,503.40 | $4,503.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Personal Loans | 7100-000 | N/A | 19,932.70 | 19,932.70 | 2,991.96 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 12,838.24 | 12,838.24 | 1,927.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $32,770.94 | $32,770.94 | $4,919.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09134  
**Case Name:** WITUK, MARK W.  
               WITUK, CATHLEEN L.  
**Period Ending:** 12/05/18

**Trustee:** (330640)   THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 03/08/13 (f)  
**§341(a) Meeting Date:** 04/15/13  
**Claims Bar Date:** 08/14/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence located at 233 S. Prairies St., Batavia, IL 60510 | 149,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3  Checking account located at Old 2nd National Bank, Batavia, IL | 10.00 | 0.00 | | 0.00 | FA |
| 4  Checking account located at Old 2nd National Bank, Batavia, IL | 50.00 | 0.00 | | 0.00 | FA |
| 5  Checking account located at Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6  Savings account located at Alliant Credit Union | 150.00 | 0.00 | | 0.00 | FA |
| 7  Checking account located at Alliant Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 8  5 rooms household goods, furnishings and fixture | 500.00 | 0.00 | | 0.00 | FA |
| 9  Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 10  Single action revolver | 50.00 | 0.00 | | 0.00 | FA |
| 11  401k with Ameriprize | 12,000.00 | 0.00 | | 0.00 | FA |
| 12  1000 shares of Wituk Martial Arts, Inc. No par value close corporation | 0.00 | 0.00 | | 0.00 | FA |
| 13  1999 Chevy Cavalier auto Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14  2010 Chevy Equinox Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 15  Surplus from Foreclosure (u) Net amount deducts debtors' $30,000 homestead exemption | 39,422.42 | 9,422.42 | | 9,422.42 | FA |
| 15  **Assets  Totals** (Excluding unknown values) | **$216,682.42** | **$9,422.42** | | **$9,422.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 12/05/2018 12:14 PM     V.14.14

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09134
**Case Name:** WITUK, MARK W.
WITUK, CATHLEEN L.
**Period Ending:** 12/05/18

**Trustee:** (330640) THOMAS E. SPRINGER
**Filed (f) or Converted (c):** 03/08/13 (f)
**§341(a) Meeting Date:** 04/15/13
**Claims Bar Date:** 08/14/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 12, 2017    **Current Projected Date Of Final Report (TFR):**   December 12, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-09134  
**Case Name:** WITUK, MARK W.  
WITUK, CATHLEEN L.  
**Taxpayer ID #:** **-***2716  
**Period Ending:** 12/05/18

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/17 | {15} | The Law Offices of Jay L. Dahl Ltd. | Settlement Payment pursuant to order entered 6/9/17 | 1210-000 | 9,422.42 | | 9,422.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,412.42 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.89 | 9,397.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.06 | 9,384.47 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.39 | 9,370.08 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,356.61 |
| 02/13/18 | 101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,692.24, Trustee Compensation; Reference: | 2100-000 | | 1,692.24 | 7,664.37 |
| 02/13/18 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,738.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,738.50 | 4,925.87 |
| 02/13/18 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $6.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 6.85 | 4,919.02 |
| 02/13/18 | 104 | Discover Personal Loans | Dividend paid 15.01% on $19,932.70; Claim# 1; Filed: $19,932.70; Reference: | 7100-000 | | 2,991.96 | 1,927.06 |
| 02/13/18 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 15.01% on $12,838.24; Claim# 2; Filed: $12,838.24; Reference: | 7100-000 | | 1,927.06 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,422.42 | 9,422.42 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,422.42 | 9,422.42 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,422.42** | **$9,422.42** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8466** | 9,422.42 | 9,422.42 | 0.00 |
| | **$9,422.42** | **$9,422.42** | **$0.00** |

{} Asset reference(s)

Printed: 12/05/2018 12:14 PM   V.14.14